## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BETHANY STEPHENS**                                          **CIVIL ACTION**

**VERSUS**                                                   **NO. 24-579-JWD-RLB**

**COMMISSIONER OF SOCIAL
SECURITY**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth

in the Magistrate Judge's Report dated July 29, 2025 (Doc. 17), to which no objection was

filed;

**IT IS ORDERED** that the Commissioner's decision is vacated, and Plaintiff's appeal

is remanded for further proceedings consistent with the Report and Recommendation of the

Magistrate Judge (Doc. 17).

Signed in Baton Rouge, Louisiana, on August 13, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**