UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BETHANY STEPHENS**                        **CIVIL ACTION**

**VERSUS**                                  **NO. 24-579-JWD-RLB**

**COMMISSIONER OF SOCIAL SECURITY**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 4, 2025 (Doc. 25), to which no objection was filed;

**IT IS ORDERED** that the Motion for Attorney Fees and Costs under the Equal Access to Justice Act filed by Bethany Stephens (Doc. 21) is GRANTED and that the Commissioner be ordered to (i) make a check payable to "Bethany Stephens" for attorney fees in the amount of $5,760.00, (ii) mail such to Edward A. Wicklund, at Olinsky Law Group, 250 South Clinton, Suite 210, Syracuse, New York 13202, (iii) determine whether Plaintiff owes qualifying, pre-existing debt(s) to the Government, and (iv) reduce the awarded attorney fees to the extent necessary to satisfy such debt(s).

Signed in Baton Rouge, Louisiana, on January 7, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**